CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2007, I caused a copy of the foregoing NOTICE OF MOTION OF DEFENDANT MERCK & CO., INC. TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1), DECLARATION OF WILLIAM J. BEAUSOLEIL, and DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1) to be served via first-class mail, postage prepaid, on the following:

LEVIN PAPANTONIO THOMAS
MITCHELL ECHSNER & PROCTOR PA
Meghan M. Tans
Timothy O'Brien
316 South Baylen Street, Suite 600 (32502)
P.O. Box 12308
Pensacola, FL 32591

SEEGER WEISS LLP
Christopher A. Seeger
One William Street
New York, NY 10004

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on August 29, 2007

/s/
William. J. Beausoleil