Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation    :        1:06-md-1789 (JFK)
---------------------------------------------------x
*This Document Relates to:*                  :
David E. Tundel                               :
v. Merck & Co., Inc.                          :
                                                     :
Case No: 1:07-cv-6396-JFK                :
---------------------------------------------------x

### STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE MOTION OF MERCK & CO., INC. TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff David

E. Tundel and Defendant Merck & Co., Inc., through their respective undersigned

counsel that Plaintiff's time to respond to Defendant's Motion to Dismiss Pursuant to

Fed. R. Civ. P. 41(a)(1) will be extended up to and including September 27, 2007.

60019080_1 (2).DOC

Dated: September 14, 2007

LEVIN PAPANTONIO THOMAS
MITCHELL ECHSNER & PROCTOR PA

By_____
    Timothy M. O'Brien
    316 South Baylen Street, Suite 600
    Pensacola, Florida 32591
    (850) 435-7084

*Attorneys for Plaintiff*

HUGHES HUBBARD & REED LLP

By_____
    William J. Beausoleil
    One Battery Park Plaza
    New York, New York 10004
    (212) 837-6000

*Attorneys for Defendant Merck & Co, Inc.*


SO ORDERED: _____
              Hon. John F. Keenan


60019080_1 (2).DOC