Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation               :    1:06-md-1789 (JFK)
-----------------------------------------------------x
*This Document Relates to:*                         :
David E. Tundel                                     :
v. Merck & Co., Inc.                                :
                                                    :
Case No: 1:07-cv-6396-JFK                           :
-----------------------------------------------------x

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE
MOTION OF MERCK & CO., INC. TO DISMISS
PURSUANT TO FED. R. CIV. P. 41(a)(1)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff David

E. Tundel and Defendant Merck & Co., Inc., through their respective undersigned

counsel that Plaintiff's time to respond to Defendant's Motion to Dismiss Pursuant to

Fed. R. Civ. P. 41(a)(1) will be extended up to and including September 27, 2007.

60019080_1 (2).DOC

Dated: September 14th, 2007

| LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER & PROCTOR PA | HUGHES HUBBARD & REED LLP |
|---|---|
| By _____ Timothy M. O'Brien 316 South Baylen Street, Suite 600 Pensacola, Florida 32591 (850) 435-7084 | By _____ William J. Beausoleil One Battery Park Plaza New York, New York 10004 (212) 837-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Merck & Co, Inc.* |

SO ORDERED: _____
  Hon. John F. Keenan