*Keenan, J*

Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-18-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:                                             :
Fosamax Products Liability Litigation   :     1:06-md-1789 (JFK)
-----------------------------------------------------------x
*This Document Relates to:*                 :
David E. Tundel                                  :
v. Merck & Co., Inc.                           :
                                                          :
Case No: 1:07-cv-6396-JFK            :
-----------------------------------------------------------x

## STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE MOTION OF MERCK & CO., INC. TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff David E. Tundel and Defendant Merck & Co., Inc., through their respective undersigned counsel that Plaintiff's time to respond to Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1) will be extended up to and including September 27, 2007.

60019080_1 (2).DOC

Dated: September 17, 2007

| | |
|---|---|
| LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER & PROCTOR PA | HUGHES HUBBARD & REED LLP |
| By _____ <br> Timothy M. O'Brien <br> 316 South Baylen Street, Suite 600 <br> Pensacola, Florida 32591 <br> (850) 435-7084 | By _____ <br> William J. Beausoleil <br> One Battery Park Plaza <br> New York, New York 10004 <br> (212) 837-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Merck & Co, Inc.* |

SO ORDERED: _____  9/18/07
                Hon. John F. Keenan

60019080_1 (2).DOC